IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARGARET STARKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 4:21-cv-00435-RLW |
| v. ) | |
| ) | |
| ST. LOUIS COUNTY, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE TO THE COURT

Comes Now counsel for Defendants St. Louis County and Defendant Trachsel and hereby notifies the Court that:

1. The Office of the County Counselor is in receipt of the Memorandum and Order issued yesterday, June 21, 2022, in the above-styled case.

2. The Office of the County Counselor understands the seriousness of the Court's findings.

3. This matter is being reassigned from Associate County Counselor Dan James, who will be instructed to withdraw from this case immediately upon his return from vacation.

4. The undersigned counsel is contemporaneously entering on this case at the time of this filing to the Court.

5. Defendants will comply with the Court's Memorandum and Order and expresses its regret to the Court, the plaintiff, and plaintiff's counsel.

WHEREFORE, Counsel for Defendants St. Louis County and Defendant Trachsel respectfully requests the Court accept this Notice as to the future of the handling of this case.

Respectfully Submitted,

BETH ORWICK
COUNTY COUNSELOR
*/s/ Rachel D. Schwarzlose*

Rachel D. Schwarzlose, 57269
Associate County Counselor
Office of the County Counselor
41 S. Central Ave., Ninth Floor
Clayton, MO 63105
(314) 615-7042
(314) 615-3732 (fax)
rschwarzlose@stlouiscountymo.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of June, 2022, the foregoing was filed via the Court's electronic filing system, which sent electronic notification to all counsel of record.

*/s/ Rachel D. Schwarzlose*
Rachel D. Schwarzlose