# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| MARGARET STARKS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No.: 4:21-cv-00435-RLW ) ) |
| ST. LOUIS COUNTY, et al., | ) ) ) |
| Defendants. | ) |

## PLAINTIFF STARKS' VERIFIED MOTION FOR ATTORNEYS' FEES

COMES NOW Plaintiff Margaret Starks, by and through undersigned counsel, and for her Verified Motion for Attorneys' Fees, states as follows:

1. On June 21, 2022, this Court granted Plaintiff Starks' Second Motion to Compel and motion for Sanction. [*Doc.* # 138]. Pursuant to that Order, this Court issued sanctions against Defendants including attorneys' fees and instructed Plaintiff's counsel to submit a verified application motion for attorneys' fees. [Id.].

2. "The well-established standard for assessing attorney's fees is the lodestar method, which determines the number of hours reasonably expended on the subject matter multiplied by a reasonable hourly rate." Buzzanga v. Life Ins. Co. of N. Am., Cause No. 4:18-cv-01240, *Memorandum and Order*, * 14 (E.D. Mo. 2013)(citing Hensley v. Eckerhart, 461 U.S. 424, 433-34 (1983)).

3. Defendant St. Louis County's utter failure to comply with its discovery obligations and related orders from this Court have been an ongoing issue and concern in this matter for over approximately one year. As the result of Defendants' disregard for their discovery obligations and

orders from this Court, Plaintiff has been forced to expend considerable time, including meetings, conferences, and correspondence with Defendants' counsel and filing of motions.

4.  With respect to Mr. Pedroli's time expended on this matter, Mr. Pedroli expended 41.9 hours and bills at a rate of $ 650.00 per hour, for total attorneys' fees of $ 27,235.00.[1] [See Exhibit 1, *Affidavit of Mark J. Pedroli and attached time-record of work performed and hours expended*].

5.  With respect to Mr. Kolde's time expended on this matter, Mr. Kolde expended 36.5 hours and bills at a rate of $ 350.00 per hours, for total attorneys' fees of $ 12,775.00.[2] [See Exhibit 2, *Affidavit of Daniel J. Kolde and attached time-record of work performed and hours expended*].

WHEREFORE, Mark J. Pedroli and Daniel J. Kolde hereby attest, under penalty of perjury, to the truth and accuracy of the foregoing facts and respectfully request that this Honorable Court grant Plaintiff Starks' Verified Motion for Attorneys' Fees and order Defendant St. Louis County to provide Plaintiff with funds in amounts of $ 27,235.00 to Mark J. Pedroli and $ 12,775.00 to Mr. Kolde as sanctions and attorneys' fees and award her any and all such further relief as this Honorable Court deems just and proper under the circumstances.

Respectfully submitted,

*/s/ Mark Pedroli*

Mark J. Pedroli, MBE 50787
***PEDROLI LAW, LLC***
7777 Bonhomme Ave, Suite 2100
Clayton, Missouri 63105

---

[1] Mr. Pedroli has not included in his hours any time spent on correcting filings and pleadings that were not initially accepted and/or were initially stricken by this Court.
[2] Mr. Kolde has not included in his hours any time spent on correcting filings and pleadings that were not initially accepted and/or were initially stricken by this Court.

314.669.1817  
314-789.7400 Fax  
Mark@PedroliLaw.com

*/s/ Daniel J. Kolde*

Daniel J. Kolde, MBE 64965  
P.O. Box 440344  
St. Louis, Missouri 63105  
Tel:    636.675.5383  
daniel.kolde.law@gmail.com

**ATTORNEYS FOR PLAINTIFF**

**Certificate of Service**

The undersigned hereby certifies that, on this July 22, 2022, a true and accurate copy of the foregoing was filed electronically with the Clerk of this Court, through the Court's electronic filing system, and thereby served on counsel of record for all parties.

*/s/ Daniel J. Kolde*

STATE OF MISSOURI        )
                         ) ss
COUNTY OF ST. LOUIS      )

Subscribed and sworn to before me, a notary public, this 22 day of July, 2022.

James A. Marks
Notary Public-Notary Seal
STATE OF MISSOURI
Commissioned for the City of Saint Louis
My Commission Expires: 12/27/2024
ID. #12559939

_____
Notary Public

My Commission Expires: _____

3