# THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MARGARET STARKS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ST. LOUIS COUNTY, ET. AL., )<br>)<br>Defendants. ) | Cause No: 4:21-cv-00435-RLW |

### PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
### AGAINST DEFENDANT ST. LOUIS COUNTY

COME NOW Plaintiff, by and through undersigned counsel, and files this Motion for Summary Judgment, pursuant to Federal Rules of Civil Procedure 56(a), and state as follows:

1. Plaintiff Margaret Starks hereby moves for summary judgment on the issue of liability against Defendant St. Louis County Based upon Count II (unlawful policies), Count III (Unlawful pattern, practice, or custom), and Count IV (Failure to Train, Supervise, and/or Discipline), all of which are cognizable pursuant to 42 U.S.C. §1983.

2. Margaret Starks is the mother of Mr. Drexel Starks.

3. On August 4, 2015, during Mr. Starks' intake medical assessment at the Justice Center, he was diagnosed as suffering from "Acute Withdrawal Syndrome."

4. Defendants Reginald Tinoco, Debra Tucker were nurses at the St. Louis County Justice Center who were charged with assisting him to recover from Acute Withdrawal Syndrome.

5. Defendants Tinoco and Tucker failed to assess and provide medication to Mr. Starks at critical times, leading to his death.

6. Defendant Rita Skaggs (formerly Rita Hendrix) was a nursing supervisor at the Justice Center.

7. Defendant Skaggs failed to properly supervise Defendants Tinoco and Tucker.

8. All three of the above-named Defendants caused Plaintiff damage by depriving Mr. Starks of his federal Constitutional rights, as set forth in Plaintiff's *Fourth Amended Complaint*.

9. The actions of the all three individual Defendants were guided and directed by the County's unconstitutional policies, procedures, customs and practices.

10. The County is liable to Plaintiff on the basis of *Monell* liability.

11. Contemporaneously with this Motion, Plaintiff is filing *PLAINTIFF'S MEMORANDUM IN SUPPORT OF HER MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT SAINT LOUIS COUNTY*.

WHEREFORE, Plaintiffs respectfully pray that this Honorable Court grant this motion and enter partial summary judgment on the issue of liability in favor of Plaintiff.

Dated: November 10, 2023

Respectfully submitted,

Mark J. Pedroli, MBE 50787
**PEDROLI LAW, LLC**
7777 Bonhomme Ave, Suite 2100
Clayton, Missouri 63105
314.669.1817
314-789.7400 Fax
Mark@PedroliLaw.com
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that, on this 10th day of November, 2023, a true and accurate copy of the foregoing was filed electronically with the Clerk of this Court and thereby served upon counsel of record for all parties via operation of that system.

                                                                                    */s/ Mark J. Pedroli*