# THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| MARGARET STARKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Cause No: 4:21-cv-00435-RLW |
| | ) | |
| ST. LOUIS COUNTY, ET. AL., | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT
## AGAINST DEFENDANTS TINOCO, TUCKER AND SKAGGS

COME NOW Plaintiff, by and through undersigned counsel, and files this Motion for Summary Judgment, pursuant to Federal Rules of Civil Procedure 56(a), stating as follows:

1. Plaintiff Margaret Starks hereby moves for summary judgment against three individual defendants, Reginald Tinoco, Debra Tucker and Rita Skaggs (formerly Rita Hendrix), on the issue of liability in Counts I and IV of the *Fourth Amended Complaint*.

2. Starks is the mother of Mr. Drexel Starks.

3. On August 4, 2015, during Mr. Starks' intake medical assessment at the Justice Center, he was diagnosed as suffering from "Acute Withdrawal Syndrome."

4. Defendants Reginald Tinoco, Debra Tucker were nurses at the St. Louis County Justice Center who were charged with assisting him to recover from Acute Withdrawal Syndrome.

5. Defendants Tinoco and Tucker failed to assess and provide medication to Mr. Starks at critical times, leading to his death.

6. Defendant Rita Skaggs (formerly Rita Hendrix) was a nursing supervisor at the Justice Center.

7. Defendant Skaggs failed to properly supervise Defendants Tinoco and Tucker.

8. All three of the above-named Defendants caused Plaintiff damage by depriving Mr. Starks of his federal Constitutional rights, as set forth in Plaintiff's *Fourth Amended Complaint*.

9. Contemporaneously with this Motion, Plaintiff is filing *PLAINTIFF'S MEMORANDUM IN SUPPORT OF HER MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANTS TINOCO TUCKER AND SKAGGS.*

WHEREFORE, Plaintiffs respectfully pray that this Honorable Court grant this motion and enter partial summary judgment on the issue of liability in favor of Plaintiff.

Dated: November 10, 2023

Respectfully submitted,

Mark J. Pedroli, MBE 50787
*PEDROLI LAW, LLC*
7777 Bonhomme Ave, Suite 2100
Clayton, Missouri 63105
314.669.1817
314-789.7400 Fax
Mark@PedroliLaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 10th day of November, 2023, a true and accurate copy of the foregoing was filed electronically with the Clerk of this Court and thereby served upon counsel of record for all parties via operation of that system.

*/s/ Mark J. Pedroli*