**EXHIBIT 17**

---

**Saint Louis COUNTY HEALTH**

6059 N. Hanley Road
St. Louis, MO 63134
http://www.stlouisco.com

Office of the Medical Examiner

Office: 314-615-0800
Fax: 314-522-0955
TTY: 314-615-8428

---

**STARKS, DREXEL**                                                                      2015-5561

| | | | | |
|---|---|---|---|---|
| Day: Thursday | Date: 08/06/2015 | Time: 05:25 pm | Case Type: | Exam Case |

**Call Received From:** Vickie Kaiser, RN                     Phone No.: (314) 768-8000
Notifying Agency/Institution:   St. Mary's Health Center

**Deceased:** STARKS, DREXEL                                         Phone No.:
  Race: Black                      Sex: Male      Age: 51 years     DOB: 11/03/1963
                                                                    SSN: 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
  Marital Status: Never Married
  Address: 4552 Durrant                        City: St. Louis City   State: MO
  Occupation/Industry:                          County:                Zip: 63112

**Next of Kin:** Starks, Margaret                               Phone No.: 314-278-9157
  Address: 401 Laurel Street                   City: St. Louis City   State: MO
  Relationship: Mother                          County:                Zip: 63112
  Notified: 8/6/2015 7:00:00PM                 By: Hospital Staff

**Police Agency:** Clayton Police Department                    Phone No.: (314) 727-4130
  Date/Time Called: 08/06/2015 02:58 PM    Complaint No.: 2015-2382    During App/In Cust? Y

| | Date | Time | Location | By |
|---|---|---|---|---|
| Occurred | 08/06/2015 | 02:50 pm | St. Louis County Jail, Buzz Westfall Justice Center 100 S. Central Ave., Clayton, MO 63105 [St. Louis | Jail Staff |
| Pronounced | 08/06/2015 | 03:51 pm | St. Mary's Health Center, , MO [St. Louis County (189)] (ER ) | Dr. Rapoff |

**Manner of Death:** Accident                                                   Injury at Work?
  Type of Death:    Alcohol/Meds/Poisons/Drugs
  How Injury Occurred:   Use of Drug(s)
  Premises: Public Building
  Multiple Deaths Associated with this Incident:    No
  Activity of decedent:

**Depth of Investigation (Investigator):**   Telephone Only        Investigation Type:

**Death Certificate Signed By:**   Medical Examiner    By: Mary E. Case, M.D., C    Date Signed: 10/13/2015
  Private Physician to Sign:                               Phone No.:
  Address:

  Personally Contacted by Investigator:      No              When:
**Notifications:**

Investigator: _____      Lovelace, Kelly
Pathologist:  _____      Norfleet, Gershom

*NOT FOR SECONDARY RELEASE*

{ Printed:  10/22/2015  at  11:36 am }                                       2015-5561

## Saint Louis COUNTY HEALTH
### Office of the Medical Examiner

6059 N. Hanley Road
St. Louis, MO 63134
http://www.stlouisco.com

Office: 314-615-0800
Fax: 314-522-0955
TTY: 314-615-8428

**Pathologist:** Norfleet, Gershom          **Autopsy Performed?** Yes
**X-Rays Requested:** No
**Case Disposition:** Brought in for Examination
**General Scene Description:** Hospital          **Disposition of Body:** Unknown
**Livery Service:** St. Louis Livery Service Inc.          **When:** 8/6/2015 06:45 pm
**Body Released:** **Status:** Released Authorized   **Authorized By:** Norfleet, Gershom   **When:** 8/7/2015 12:00 am
**Arrangements Made?** No          **Arrangements Authorized By:**
**Funeral Home:** Serenity Memorial funeral and Cremation Service          **Phone No.:**
**Address:** 1905 Union Boulevard St Louis MO 63113
**Notified By:**          **Who:**          **When:**
**Released By:** Hunt, Mary          **also released:** Clothing /          **When:** 8/11/2015 10:20 am
**Remains Visually Identified By:**
**Who:**          **Date/Time:**          **Relationship:**
**Address:**          **Phone No.:**
**ICD Code:**

**Cause of Death:**          ICD-9     Time Interval
**Immediate Cause:** Unexpected death in patient withdrawing from heroin and cocaine with dehydration and cardiac dysrhythmia
**Due to (or as a consequence of) (b):**
**Due to (or as a consequence of) (c):**
**Due to (or as a consequence of) (d):**
**Other Significant Conditions (1):** Bronchial Asthma
**Other Significant Conditions (2):**

*NOT FOR SECONDARY RELEASE*

{ Printed: 10/22/2015 at 11:36 am }          2015-5561

STARKS V. ST. LOUIS COUNTY, ET AL., 21-CV-00435:190802
Confidential

| | Saint Louis COUNTY HEALTH | |
|---|---|---|
| 6059 N. Hanley Road<br>St. Louis, MO 63134<br>http://www.stlouisco.com | Office of the Medical Examiner | Office: 314-615-0800<br>Fax: 314-522-0955<br>TTY: 314-615-8428 |

**STARKS, DREXEL**

**2015-5561**
**Exam Case**

## Narrative Report of Investigation

On Thursday, August 06, 2015 at 5:25pm I was contacted via telephone by Nurse Vickie Kaiser, RN from the Emergency Department (ED) at St. Mary's Health Center who was calling to report the death of STARKS, DREXEL, a 51 year old black male. Nurse Kaiser provided the following information.

STARKS was an inmate at the St. Louis County Jail. It was reported that STARKS may have used heroin within the past 'couple days' prior to his arrest. STARKS was not reported to have been feeling well today and was lightheaded. STARKS went to the infirmary and went unresponsive. EMS was called for assistance. Upon EMS arrival, Cardiopulmonary Resuscitation (CPR) was in progress and infirmary staff had already shocked him once. STARKS was in Pulseless Electrical Activity (PEA), then ventricular fibrillation. STARKS arrived to the ED via EMS at 3:23pm in PEA. Advanced Cardiovascular Life Support (ACLS) was performed in the ED. Nurse Kaiser advised that a pulse was regained for a very short amount of time and then STARKS went into PEA again. STARKS was pronounced deceased by Dr. Rapoff at 3:51pm.

Nurse Kaiser advised STARKS appeared to be about 5 feet 8 inches tall and weighed about 150 pounds. He had no signs of trauma or injuries to his body. He was dressed in a jail uniform. STARKS had restraints on his ankles and handcuffs on his wrists. Per Nurse Kaiser, STARKS appeared to be in 'fair' condition.

STARKS had an unknown previous medical history and an unknown primary care physician. Nurse Kaiser advised that no admission specimens were drawn and that the only procedures performed in the ED was the ACLS.

Nurse Kaiser advised that the telephone number given to her from the police department was for an unknown female who described herself as 'his woman.' The female advised that she would contact STARKS' family, as Nurse Kaiser advised they respond to the hospital as soon as possible. No next of kin information was known.

I called the Clayton Police Department and spoke with Officer Robertson DSN-292 who was able to provide me the following information.

STARKS was arrested and booked at the jail on Tuesday, August 4, 2015 on drug charges. It was noted that he could have possible withdrawal symptoms while at the jail. STARKS was not on suicide watch. Officer Robertson did not know any additional past medical history.

==STARKS advised jail staff that he was not feeling well today and requested to go to the infirmary. He was reported to have been complaining of being dehydrated. STARKS was to go to the infirmary to be given fluids, but he went unresponsive upon arrival to the infirmary. STARKS was reported to have gotten to the infirmary at 2:45pm and the Clayton Police Department was dispatched to the incident at 2:48pm. Upon police arrival, STARKS was coding, EMS found a pulse, and rushed him to the ambulance to go to the hospital.==

*NOT FOR SECONDARY RELEASE*

Q:\PA Reports\Templates\Narrative.doc

(Printed: 8/6/2015 8:02:18 PM)

**STARKS, DREXEL**

2015-5561
Exam Case

Officer Robertson requested that the Clayton Police Department be contacted with a time for the forensic examination, as they would like to have an officer present. Investigator T. Gaylor will be requested to call the Clayton Police Department Dispatch (314-645-3000) and requested to speak with a supervisor to advise them of the exam time.

Dr. Norfleet was made aware of the details of this case and advised he would wait before determining an exam time.

I called Nurse Kaiser back and was advised that some family had arrived in the ED. A brother was present and mother was enroute. I requested she call me back with mother's name and contact information.

St. Louis Livery Service was contacted and requested to respond to the ED at St. Mary's Health Center to convey STARKS to the Medical Examiner's Office.

I received a return phone call from Nurse Kaiser and was advised that the mother had arrived to the hospital. Mother is next of kin and is aware of the death.

Records have been requested via fax from St. Mary's Health Center.

Records have been requested via fax from Clayton EMS.

Records have been requested via fax from the Clayton Police Department (2015-2382).

Any additional information will follow in the usual supplementary manner if obtained.

_Kelly L. Lovelace_
Kelly Lovelace
Medicolegal Investigator

**NOT FOR SECONDARY RELEASE**

**Saint Louis COUNTY HEALTH**

6059 N. Hanley Road
St. Louis, MO 63134
http://www.stlouisco.com

Office of the Medical Examiner

Office: 314-615-0800
Fax: 314-522-0955
TTY: 314-615-8428

**STARKS, DREXEL**

2015-5561
Exam Case

## Post-Mortem Examination

Name of Deceased: STARKS, DREXEL
Date/Time of Medical Examiner Notification: 8/6/2015 5:25:00 PM
Date/Time of Pathologist's Examination: 8/7/2015 8:30 AM
Date/Time of Pronounced Death: 8/6/2015 3:51:00 PM
Race: Black
Sex: Male
Age: 51 years
Date of Birth: 11/3/1963
Investigator: Kelly Lovelace
Pathologist: Gershom Norfleet, M.D.
Depth of Investigation (Investigator): Telephone Only
Depth of Investigation (Pathologist): Complete Autopsy
Police Agency: Clayton Police Department  (Complaint No.: 2015-2382)

External Examination: The body is clothed in a hospital gown. The appearance of age is approximately as stated. The body weight is 139 pounds and the body length is 71 inches. The state of preservation is good in this unembalmed body. Rigor mortis is well developed. The body habitus has a normal state of nutrition (BMI 19.4 kg/m$^2$). Lividity is difficult to assess due to natural skin pigmentation. There is mild, focal peripheral edema present within the lower extremities. Personal hygiene is fair. No unusual odor is detected as the body is examined. There is no abnormal skin pigmentation present. There is no external lymphadenopathy present. The hair is black and patchy gray. The hair is worn short length. There is thinning of the hair on the vertex of the scalp. There is a mustache and beard present on the face. The hair on the face is black and gray. The body hair is of normal male distribution. The pupils are round, regular, equal and dilated. The sclerae and conjunctival surfaces are unremarkable. The irides are brown. The teeth are in a fair state of repair. The gums are normal in appearance. The oral cavity is normal in appearance. There are no injuries to the lips or tongue. The nose is symmetrical and the air passages are open. The external ears are normal in appearance and without injury. The neck is symmetrical and without masses or unusual mobility. The male breasts are normal in appearance. The abdomen is flat. Prior to cardiopulmonary resuscitation, the chest and back were symmetrical with normal conformation. Both the upper and lower extremities are symmetrical throughout. There is a scar present near the posterior surface of the mid left leg that measures 1.0 cm in greatest dimension. There is a scar present near the right ankle that measures 1.0 cm in greatest dimension. There is a scar present near the left knee that measures 2.0 cm in greatest dimension. There is a scar present near the left ankle that measures 2.0 cm in greatest dimension. There is an area of hyperpigmentation present near the left chest that measures 1.0 cm in greatest dimension.

*NOT FOR SECONDARY RELEASE*

STARKS V. ST. LOUIS COUNTY, ET AL., 21-CV-00435:190805
Confidential

**STARKS, DREXEL**  2015-5561

## Exam Case

Evidence of Medical Intervention: There is a patent orotracheal airway in place. There is a vascular catheter present within the right antecubital fossa.

Injuries: There is a dried laceration present near the left eyebrow that measures 1.0 cm in greatest dimension. There is dried abrasion present near the right forearm that measures 0.7 cm in greatest dimension. The fingernail bed of the 2nd finger of the left hand is fractured and associated with underlying hemorrhage. There is an abrasion present near the right knee that measures 1.0 cm.

Body Cavities: The body is opened with the usual Y-shaped thoracoabdominal and bitemporal scalp incisions. The anterior thoracic musculature and subcutaneous region focally show areas of hemorrhage in association with rib fractures that are secondary to cardiopulmonary resuscitation. The fractures include the right 6th rib and the left 2nd - 6th ribs. The pleural cavities show no abnormalities. The peritoneal is unremarkable. The retroperitoneum is unremarkable. The pericardial cavity is not remarkable.

Neck Organs: The soft tissue of the neck is free of hemorrhage. The hyoid bone is intact and is well ossified. The glottis, laryngeal and tracheal airways are widely patent and focally contain mucus. The larynx is normal and the larynx is well ossified. The thyroid gland is normal. The parathyroids are not identified.

Mediastinum: The thymus gland is not identified. The mediastinum is normal.

Heart: The heart weighs 370 gm. The left ventricular wall thickness measures 1.3 cm and the right ventricular wall thickness measures 0.3 cm. The surface of the heart is smooth, glistening and transparent. The wall is of normal consistency. There is a normal amount of subepicardial fat tissue present. The size and contours of the heart are normal. The endocardium, cardiac valves and chambers are not remarkable. There are mild atherosclerotic changes present within the coronary arteries. There is 30% luminal narrowing of the left anterior descending coronary artery. The remaining coronary arteries are thin-walled and of normal diameter throughout. The cut surface of the myocardium is the normal reddish brown color.

Vascular System: There are mild atherosclerotic changes present within the aorta. The remaining arterial system is not remarkable. The systemic veins are normal.

Lungs: The lungs together weigh 1100 gm. The lungs are free of any injuries. The lung surface is pink/maroon and speckled black. The lung tissue throughout is congested. The air passages are normal throughout and are lined by smooth, pink mucosa. The pulmonary arteries and veins are free of emboli, thrombi, and other gross abnormalities.

Liver: The liver weighs 1250 gm. It is red-brown and of normal consistency. The cut surface of the liver is normal.

Biliary Tract: The gallbladder and biliary tract are normal and free of stones.

Pancreas: The pancreas is normal in consistency and in appearance.

Gastrointestinal Tract: The entire gastrointestinal tract is examined. The stomach contains approximately 20 ml of homogenate. There are scattered small ulcers that are present within the fundus of the stomach that range in size from 0.4 -0.5 cm in greatest dimension. There is a patchy area of erythema present within the antrum of the stomach. The remaining gastrointestinal tract is unremarkable.

*NOT FOR SECONDARY RELEASE*

STARKS V. ST. LOUIS COUNTY, ET AL., 21-CV-00435:190806
Confidential

**STARKS, DREXEL**  2015-5561

### Exam Case

Spleen: The spleen weighs 100 gm and is normal on the surface and cut section.

Lymphatic System: The lymph nodes are normal in size and appearance.

Bone Marrow: The bone marrow is normal.

Adrenals: The adrenals are well supplied with lipoid material and are free of hemorrhage, inflammation, and primary and secondary neoplasm. The medullary portions are not remarkable.

Kidneys: The kidneys appear grossly of normal configuration and together weigh 320 gm. The cortex measures 0.7 cm in thickness. The renal capsules strip with slight difficulty to reveal a normally smooth surface. The surface is the usual reddish brown color. There are no abnormalities of the cut surfaces of the kidneys. The papillae, renal pelves and ureters are not remarkable.

Bladder: The bladder contains approximately 20 ml of clear yellow urine. The wall is entirely normal.

Male Genital System: The external male genitalia is circumcised. The remaining male genital system is unremarkable.

Cranial Cavity: The reflected scalp shows no evidence of contusion, hematoma, or other lesion. The calvarium and bones at the base of the skull are not remarkable. No fractures or other injuries are present. The dura mater and pia arachnoid and associated spaces are normal in appearance. They are without hemorrhage or evidence of inflammation. The weight of the unfixed brain is 1350 gm. The gyri are of normal distribution and development. No brain injury is detected on careful search. Cut sections of brain substance show symmetry and essentially normal structures throughout. The cerebrovasculature is congested. The ventricular system and spinal fluid are normal. The pituitary gland is grossly normal. The pineal gland is not identified.

Spinal Cord: The upper spinal cord as viewed from the cranial cavity is not remarkable.

Special Studies: Urine, vitreous humor, heart blood, liver, brain are sent for toxicology. Vitreous chemistry is performed on vitreous humor.

*[signature]*
Gershom Norfleet, M.D.
Assistant Medical Examiner

*NOT FOR SECONDARY RELEASE*

STARKS V. ST. LOUIS COUNTY, ET AL., 21-CV-00435:190807
Confidential

**Saint Louis COUNTY HEALTH**

6059 N. Hanley Road
St. Louis, MO 63134
http://www.stlouisco.com

Office of the Medical Examiner

Office: 314-615-0800
Fax: 314-522-0955
TTY: 314-615-8428

**STARKS, DREXEL**

2015-5561
Exam Case

## Microscopic

Microscopic Slide Examination:

Heart: Sections of the heart show hypertrophic changes of the myofibers.

Lung: Sections of lungs show congestion of the pulmonary vasculature. There is a patchy distribution of red blood cells and pulmonary edema fluid within alveolar airspaces. There are pigmented (ochre) macrophages within alveolar airspaces. There is minimal thickening of the bronchial basement membrane. There is mild, patchy goblet cell hyperplasia of the bronchial submucosa. There are rare eosinophils within the bronchial mucosa. The eosinophils are associated with a patchy mild inflammatory infiltrate. Patchy areas of mucus are present within large alveolar pulmonary air ways.

Liver: Sections of the liver show mild congestion within hepatic sinusoids. There are scattered steatotic hepatocytes comprising less than 5% of the hepatic parenchymal volume. There are scattered hepatocytes with glycogenated nuclei.

Pancreas: Sections of the pancreas are histologically unremarkable. Islet cells are present.

Thyroid: Sections of the thyroid gland are histologically unremarkable.

Kidneys: Sections of the kidneys show congestion of the renal vasculature. There are rare sclerotic glomeruli.

Brain: Sections of the brain show congestion of the cerebral vasculature.

_[signature]_
Gershom Norfleet, M.D.
Assistant Medical Examiner

*2015-5561*

*NOT FOR SECONDARY RELEASE*

**Saint Louis COUNTY HEALTH**

6059 N. Hanley Road
St. Louis, MO 63134
http://www.stlouisco.com

Office of the Medical Examiner

Office: 314-615-0800
Fax: 314-522-0955
TTY: 314-615-8428

**STARKS, DREXEL**

2015-5561
Exam Case

Summary Sheet:

Age: 51 years         Race: Black         Sex: Male

### Findings:

I. History of illicit drug use (heroin and cocaine) with withdrawal symptoms
II. Cardiovascular System
   A. History of cardiac dysthymia (Pulseless electrical activity and ventricular fibrillation)
   B. Aorta, mild atherosclerosis
   C. Heart, coronary artery, mild atherosclerosis
III. Dehydration
IV. Respiratory System
   A. Lungs, acute congestion
   B. Lungs, bronchial asthma
V. Gastrointestinal System
   A. Stomach, ulcers
   B. Stomach, gastritis
VI. Other findings
   A. Rib fractures, status-post cardiopulmonary resuscitation

### Cause of Death:

Immediate Cause: Unexpected death in patient withdrawing from heroin and cocaine with dehydration and cardiac dysrhythmia
   Due to (b):
   Due to (c):
   Due to (d):
Other Significant Conditions: Bronchial asthma
   Other Condition (2):

Manner of Death: Accident

Q:\PA Reports\Templates\Summary Sheet.doc

(Printed 10/24/2015 1:05:15 PM)

***NOT FOR SECONDARY RELEASE***

STARKS V. ST. LOUIS COUNTY, ET AL., 21-CV-00435:190809
Confidential

STARKS, DREXEL

2015-5561
Exam Case

*[signature]*
Gershom Norfleet, M.D.
Assistant Medical Examiner

NOT FOR SECONDARY RELEASE

STARKS V. ST. LOUIS COUNTY, ET AL., 21-CV-00435:190810
Confidential

```
           St. Louis University Toxicology Laboratory Report
              6059 N. Hanley Road, Berkeley, Missouri 63134

Name: STARKS, DREXEL                                    Tox # 2015-4825
 Age: 51 years              Race: Black                 Sex: Male

 Requesting Agency: ST. LOUIS COUNTY MEDICAL EXAMINER
     (Agency's Case No.: 15-5561)

===============================================================================
Blood:

   Alcohol:
     Ethanol: _____Negative
     Acetone: _____Negative
     Isopropanol: _____Negative
     Methanol: _____Negative

   Blood Drug Screen: Heart
     Amphetamines: _____Negative
     Antidepressants: _____Negative
     Barbiturates: _____Negative
     Benzodiazepines: _____Negative
     Cannabinoids (THC): _____Negative
     Lidocaine: _____Negative
     Methadone: _____Negative
     Non-Opiate Narcotic Analgesic: _____Negative
     Phencyclidine: _____Negative
     Phenothiazines: _____Negative
     Propoxyphene: _____Negative
     Acetaminophen: _____Negative
     Salicylates: _____Negative
     Fentanyl: _____Negative

   Cocaine Quantitation:
     COCAINE: _____Negative
     COCAINE METABOLITE (BENZOYLECGONINE): _____Negative
     COCAINE METABOLITE (METHYLECGONINE): _____Negative
     COCAETHYLENE: _____Negative

   Opiate Quantitation:
     Codeine: _____Negative
     Morphine: _____Negative
     6-Monoacetylmorphine: _____Negative
     Hydrocodone: _____Negative
     Hydromorphone: _____Negative
     Oxycodone: _____Negative
     Dihydrocodeine (Hydrocodol): _____Negative
     Oxymorphone: _____Negative
```

*NOT FOR SECONDARY RELEASE*

STARKS V. ST. LOUIS COUNTY, ET AL., 21-CV-00435:190811
Confidential

```
         St. Louis University Toxicology Laboratory Report
              6059 N. Hanley Road, Berkeley, Missouri 63134

Name: STARKS, DREXEL                                    Tox # 2015-4825
  Age: 51 years              Race: Black                Sex: Male

Urine:

   Urine Cocaine Quantitation:
     COCAINE:                                     0.059 MICROGRAMS/ML
     COCAINE METABOLITE (BENZOYLECGONINE):        0.053 MICROGRAMS/ML
     COCAINE METABOLITE (METHYLECGONINE):         0.22  MICROGRAMS/ML
     COCAETHYLENE:                                      Negative

   Urine Opiate Quantitation:
     Codeine:                                           Negative
     MORPHINE:                                    0.79 MICROGRAMS/ML
     6-Monacetylmorphine:                               Negative
     Hydrocodone:                                       Negative
     Hydromorphone:                                     Negative
     Oxycodone:                                         Negative
     Dihydrocodeine (Hydrocodol):                       Negative
     Oxymorphone:                                       Negative

Vitreous:

   Vitreous Cocaine Quantitation:
     COCAINE:                                           Negative
     COCAINE METABOLITE (BENZOYLECGONINE):              Negative
     COCAINE METABOLITE (METHYLECGONINE):               Negative
     COCAETHYLENE:                                      Negative

Comments: Cut-off values available upon request
```

======================================================================

Requested by: DR. NORFLEET              Date: 08/07/15

Received in Lab:                        Date/Time: 08/07/15//11:20 AM

Report by: DR. CHRISTOPHER LONG         Date/Time: 09/04/2015//12:00 PM

*NOT FOR SECONDARY RELEASE*

STARKS V. ST. LOUIS COUNTY, ET AL., 21-CV-00435:190812
Confidential



*Steven V. Stenger*
*County Executive*

*Faisal Khan, MBBS, MPH*
*Director*

August 13, 2015

TO WHOM IT MAY CONCERN:

Re: Starks, Drexel
Date of Birth: 11/03/1963
Date of Death: 08/06/2015

This is to verify that the above named individual is deceased and the death is being investigated by the Office of the Medical Examiner, St. Louis County, Missouri. The cause of death has not been established as of this date and final determination is pending.

Sincerely,

Suzanne McCune
Forensic Office Administrator

Subscribed and sworn before me, this 13th day of August 2015.

Lisa A. Crifasi, Notary Public
My commission expires: 10/30/2017

LISA A. CRIFASI
Notary Public - Notary Seal
STATE OF MISSOURI
St. Louis County
My Commission Expires Oct. 30, 2017
Commission #13642833

Office of the Medical Examiner • 6059 North Hanley Road • Berkeley, MO 63134 • PH 314/615-0800 • FAX 314/522-0955
Health Administration • 6121 North Hanley Road • Berkeley, MO 63134 • PH 314/615-0600 • FAX 314/615-6435
RelayMO 711 or 800-735-2966 • web http://www.stlouisco.com/HealthandWellness
An Equal Opportunity Employer - Services Provided on a Non-Discriminatory Basis