IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELOUISE PEPION COBELL, et al.,           )
                                         )
                    Plaintiffs,          )
                                         )
        v.                               )        Case No. 1:96CV01285
                                         )        (Judge Lamberth)
GALE A. NORTON, Secretary of the         )
Interior, et al.,                        )
                                         )
                    Defendants.          )
_____)

## INTERIOR DEFENDANTS' MOTION
## TO STRIKE PLAINTIFFS' UNTIMELY FILINGS

The Secretary of the Interior and the Assistant Secretary-Indian Affairs (the "Interior

Defendants") hereby move to strike four of Plaintiffs' filings as untimely, specifically:

(1)     Plaintiffs' January 24, 2003 Opposition to Interior Defendants' Motion for

        Reconsideration of Order Prohibiting Communications with Class Members[1] ("January

        24, 2003 Opposition");

(2)     Plaintiffs' January 28, 2003 Reply In Further Support of Motion To Compel Testimony

        Of Acting Special Trustee Donna Erwin Who Was Directed Not to Answer Certain

        Questions on the Basis of Attorney-Client Privilege and Harassment and Motion for

        Sanctions ("January 28, 2003 Reply");

(3)     Plaintiffs' January 29, 2003 Reply in Support of their Consolidated Motion to Remove

        Earl Old Person as a Class Representative and Motion of Class Counsel to Withdraw As

_____

[1] Defendants' are not moving to strike the portion of Plaintiffs' filing denominated as
Motion for Order Directing Defendants to Rescind Notice Sent to 1200 Trust Beneficiaries.

Counsel for Earl Old Person in Any Capacity Other Than as Class Counsel for a Member

of the Certified Class ("January 29, 2003 Reply No. 1"); and

(4)    Plaintiffs' January 29, 2003 Reply in Support of Their Consolidated Motion to Modify or

in the Alternative Stay the Production Order of December 23, 2002 as It Pertains to Earl

Old Person and Motion for Protective Order to Prevent the Deposition of Mr. Old Person

("January 29, 2003 Reply No. 2").

Plaintiffs failed to file and serve any of the foregoing pleadings within the time prescribed by the

rules and did not seek leave for an enlargement of time. In two recent orders in this case, the

Court struck from the record out-of-time filings for which the late-filing party did not move for

leave to make an untimely filing. Order (Jan. 17, 2003, Dkt. No. 1738) (granting Plaintiffs'

motion to strike Defendants' statement regarding Plaintiffs' comment on Court Monitor's Seventh

Report); Order (Jan. 17, 2003, Dkt. No. 1744) (granting Defendants' motion to strike Plaintiffs'

comment on Report and Recommendation of Special Master-Monitor). These four late filings by

Plaintiffs should likewise be ordered stricken from the record as untimely filed.

As required by LCvR 7.1(m), government counsel conferred by telephone with Keith

Harper, counsel for Plaintiffs, on January 30, 2003. Mr. Harper stated that Plaintiffs intended to

oppose this motion.


A.    Plaintiffs' Untimely January 24, 2003 Opposition to Motion for Reconsideration

Local Civil Rule 7.1(b) provides that a memorandum in opposition to a motion must be

filed "[w]ithin 11 days of the date of service" and that "[i]f such a memorandum is not filed

within the prescribed time, the court may treat the motion as conceded." LCvR 7.1(b). Three

2

days are added for mail or facsimile service, which includes weekends and holidays. Fed. R. Civ. P. 6(e); CNPq–Conselho Nacional de Desenvolvimento Cientifico e Technologico v. Inter-Trade, Inc., 50 F.3d 56, 58 (D.C. Cir. 1995) (additional three calendar days for mail service are added at the end and include weekends and holidays). Interior Defendants filed and served (by facsimile) their Motion For Reconsideration of the Order Prohibiting Communications with Class Members on January 8, 2003. Plaintiffs' Opposition was due 14 days later on January 22, 2003 (eleven days plus three additional calendar days for mailing, including weekends and holidays). Plaintiffs did not file their opposition until January 24, 2003, 16 days later, thus exceeding the filing deadline. Plaintiffs did not move for an enlargement of time and did not seek leave to file their opposition out of time. They have, therefore, waived their opportunity to oppose Interior Defendants' motion, and the Court should treat the motion as conceded.


B.    Plaintiffs' Untimely January 28, 2003 Reply Supporting Motion to Compel

Interior Defendants filed and served (by facsimile) their Opposition to Plaintiffs' Motion to Compel the Testimony of Donna Erwin and for Sanctions on January 15, 2003. Plaintiffs' reply was due on January 27, 2003 (five days excluding weekends and holidays, plus an additional three calendar days for service by facsimile, including weekends and holidays). LCvR 7.1(d); Fed. R. Civ. P. 6(a). Plaintiffs filed and served their reply on January 28, 2003, thus exceeding their filing deadline. Plaintiffs did not move for an enlargement of time and did not seek leave to file their reply out of time. They have, therefore, waived their opportunity to reply to Interior Defendants' opposition.

3

C.       Plaintiffs' Untimely January 29, 2003 Replies in Support of Earl Old Person
         Motions

On January 16, 2003, Interior Defendants filed and served (by facsimile) their (1)

Opposition to Motion of Elouise Cobell et al. to Remove Earl Old Person as a Named Class

Representative, and (2) Opposition to Motion of Class Counsel to Withdraw from the

Representation of Earl Old Person in Any Capacity Other than as Class Counsel. On that day,

Interior Defendants also filed and served (by facsimile) their Opposition to Plaintiffs' Motion to

Modify or Stay the December 23, 2002 Production Order as It Pertains to Earl Old Person and

Motion for a Protective Order to Prevent the Deposition of Old Earl Person. Both of Plaintiffs'

replies (January 29, 2003 Reply No. 1 and January 29, 2003 Reply No. 2) were due on Monday,

January 27, 2003 (five days excluding weekends and holidays, plus an additional three calendar

days for service by facsimile, including weekends and holidays). LCvR 7.1(d); Fed. R. Civ. P.

6(a). Plaintiffs filed and served both their replies on January 29, 2003, thus exceeding their filing

deadline in both instances. Plaintiffs did not move for an enlargement of time and did not seek

leave to file their reply out of time. They have, therefore, waived their opportunity to submit

replies to Interior Defendants' oppositions.


## CONCLUSION

For the foregoing reasons, this Court should issue the attached order[2] striking January 24,

2003 Opposition, Plaintiffs' January 28, 2003 Reply, Plaintiffs' January 29, 2003 Reply No. 1 and

---

[2] Interior Defendants reserve the right to move for leave to file surreplies if the late-filed
replies are not stricken.

4

Plaintiffs' January 29, 2003 Reply No. 2.

January 30, 2003                         Respectfully submitted,

                                         ROBERT D. McCALLUM, JR.
                                         Assistant Attorney General
                                         STUART E. SCHIFFER
                                         Deputy Assistant Attorney General
                                         J. CHRISTOPHER KOHN
                                         Director


                                         SANDRA P. SPOONER
                                         D.C. Bar No. 261495
                                         Deputy Director
                                         JOHN T. STEMPLEWICZ
                                         Senior Trial Counsel
                                         JOHN R. KRESSE
                                         Trial Attorney
                                         D.C. Bar No. 430094
                                         Commercial Litigation Branch
                                         Civil Division
                                         P.O. Box 875
                                         Ben Franklin Station
                                         Washington, D.C. 20044-0875
                                         (202) 514-7194

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELOUISE PEPION COBELL, et al.,          )
                                         )
                    Plaintiffs,          )
                                         )
            v.                           )      Case No. 1:96CV01285
                                         )      (Judge Lamberth)
GALE A. NORTON, Secretary of the         )
Interior, et al.,                        )
                                         )
                    Defendants.          )
                                         )

## ORDER

Upon consideration of Defendant's Motion to Strike Plaintiffs' Untimely Filings,

any response thereto, and the record in this case, the Court finds that the motion should be

granted.

Plaintiffs failed to timely file and serve, pursuant to LCvR 7.1, and failed to seek leave

for an enlargement of time to file and serve late the following papers:

(1)     Plaintiffs' January 24, 2003 Opposition to Interior Defendants' Motion for

        Reconsideration of Order Prohibiting Communications with Class Members ("January

        24, 2003 Opposition");

(2)     Plaintiffs' January 28, 2003 Reply In Further Support of Motion To Compel Testimony

        Of Acting Special Trustee Donna Erwin Who Was Directed Not to Answer Certain

        Questions on the Basis of Attorney-Client Privilege and Harassment and Motion for

        Sanctions ("January 28, 2003 Reply");

(3)     Plaintiffs' January 29, 2003 Reply in Support of their Consolidated Motion to Remove

Earl Old Person as a Class Representative and Motion of Class Counsel to Withdraw As

Counsel for Earl Old Person in Any Capacity Other Than as Class Counsel for a Member

of the Certified Class ("January 29, 2003 Reply No. 1"); and

(4)    Plaintiffs' January 29, 2003 Reply in Support of Their Consolidated Motion to Modify or

in the Alternative Stay the Production Order of December 23, 2002 as It Pertains to Earl

Old Person and Motion for Protective Order to Prevent the Deposition of Mr. Old Person

("January 29, 2003 Reply No. 2").

Accordingly, it is hereby

ORDERED that Defendants' motion to strike Plaintiffs' January 24, 2003 Opposition,

Plaintiffs' January 28, 2003 Reply, Plaintiffs' January 29, 2003 Reply No. 1 and Plaintiffs'

January 29, 2003 Reply No. 2 be, and hereby is, GRANTED WITH PREJUDICE.

SO ORDERED.

_____

UNITED STATES DISTRICT JUDGE

cc:

Sandra P. Spooner
John T. Stemplewicz
Cynthia L. Alexander
Commercial Litigation Branch
Civil Division
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044-0875
Fax  (202) 514-9163

Dennis M Gingold, Esq.
Mark Brown, Esq.
1275 Pennsylvania Avenue, N.W.
Ninth Floor
Washington, D.C. 20004
Fax (202) 318-2372

Keith Harper, Esq.
Native American Rights Fund
1712 N Street, N.W.
Washington, D.C. 20036-2976
Fax (202) 822-0068

Elliott Levitas, Esq.
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530

Alan L. Balaran, Esq.
Special Master
1717 Pennsylvania Avenue, N.W.
12th Floor
Washington, D.C.  20006

Joseph S. Kieffer, III
Special Master-Monitor
420 - 7th Street, N.W.
Apartment 705
Washington, D.C. 20004

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that, on January 30, 2003, I served the foregoing *Interior Defendants' Motion to Strike Plaintiffs' Untimely Filings* by facsimile, in accordance with their written request of October 31, 2001 upon:

Keith Harper, Esq.
Native American Rights Fund
1712 N Street, NW
Washington, DC 20036-2976
202-822-0068

Dennis M Gingold, Esq.
Mark Brown, Esq.
1275 Pennsylvania Avenue, NW
Ninth Floor
Washington, DC 20004
202-318-2372

and by U.S. Mail upon:

Elliott Levitas, Esq.
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530

and by U.S. Mail and by facsimile upon:

Alan L. Balaran, Esq.
Special Master
1717 Pennsylvania Ave., NW
12th Floor
Washington, DC 20006
202-986-8477

and by Hand Delivery upon:

Joseph S. Kieffer, III, Esq.
Special Master-Monitor
420 7th Street, NW
Apt 705
Washington, DC 20004
202-478-1958

Sean P. Schmergel