# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MARGARET STARKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ST. LOUIS COUNTY, FAISAL KHAN, DELORES GUNN, MELISSA SUSMAN, WILLIAM TRACHSEL, CEDRIC IVY, CONNIE HEITMAN, REGINALD TINOCO, DEBRA TUCKER, RITA HENDRIX, and FAYE CRANCER, | ) No. 4:21-CV-435 RLW |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Memorandum and Order of this date, and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of the remaining defendants, St. Louis County, Cedric Ivy, Faye Crancer, Rita Hendrix, Reginald Tinoco, and Debra Tucker, and against the plaintiff, Margaret Starks, on all claims.

_____
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this  5th  day of March, 2024.